[Clear Form]

E-filing

1

2

3   CHRISTIAN K. JANSEN CSB. 214239
4   P.O. BOX 4001
5   BERKELEY, CA 94704

FILED
JUN 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA

9   CHRISTIAN JANSEN ESQ
10                                        CV 08    3030
11           Plaintiff,        )   CASE NO. _____
                               )
12   vs.                       )   APPLICATION TO PROCEED       WDB
                               )   IN FORMA PAUPERIS
13   JUDITH R. JANSEN,         )   (Non-prisoner cases only)
     KURT M. JANSEN,           )
14   BERNARD C. JANSEN         )
     ERIC R. JANSEN  Defendant.)
15   GARRETT WILTON, BRYAN FREELAND, LENA FREELAND.

16        I, CHRISTIAN JANSEN, declare, under penalty of perjury that I am the plaintiff

17   in the above entitled case and that the information I offer throughout this application is true and

18   correct. I offer this application in support of my request to proceed without being required to

19   prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20   unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21        In support of this application, I provide the following information:

22   1.   Are you presently employed?              Yes ✓  No ___

23   If your answer is "yes," state both your gross and net salary or wages per month, and give the

24   name and address of your employer:

25   Gross:  < $100/MONTH    Net:  < $100/MONTH

26   Employer:  LAW OFFICES OF CHRISTIAN K JANSEN ES

27   _____

28   If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  __~~scribbled~~_____
3  _____
4  _____
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7      a.   Business, Profession or              Yes ___ No ✓
8           self employment?
9      b.   Income from stocks, bonds,           Yes ___ No ✓
10          or royalties?
11     c.   Rent payments?                       Yes ___ No ✓
12     d.   Pensions, annuities, or              Yes ___ No ✓
13          life insurance payments?
14     e.   Federal or State welfare payments,   Yes ___ No ✓
15          Social Security or other govern-
16          ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____
21 3.   Are you married?                         Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____  Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 | _____

3 | _____

4 | 5. Do you own or are you buying a home?   Yes ___ No ✓

5 | Estimated Market Value: $_____ Amount of Mortgage: $_____

6 | 6. Do you own an automobile?   Yes ___ No ✓

7 | Make _____ Year _____ Model _____

8 | Is it financed? Yes ___ No ___ If so, Total due: $ _____

9 | Monthly Payment: $ _____

10 | 7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11 | Name(s) and address(es) of bank: BANK OF AMERICA

12 | DURANT AVE BERKELEY CA. 94704

13 | Present balance(s): $ < $100

14 | Do you own any cash? Yes ___ No ✓ Amount: $ _____

15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 | market value.)   Yes ___ No ___

17 | _____ LIVING _____

18 | 8. What are your monthly expenses? EXPENSES TO THIS POINT HAD

19 | Rent: $ _____ Utilities: _____   BEEN MADE POSSIBLE BY JUDITH JANS

20 | Food: $ _____ Clothing: _____

21 | Charge Accounts: ∅

22 | Name of Account        Monthly Payment              Total Owed on This Account

23 | _____          $ _____              $ _____

24 | _____          $ _____              $ _____

25 | _____          $ _____              $ _____

26 | 9. Do you have any other debts? (List current obligations, indicating amounts and to whom

27 | they are payable. Do not include account numbers.)   ∅

28 | _____

- 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ✓  No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.         *OTHER CASE #'s LOCATED AT MY ITEMS.*
6  _____08 - 0920   STATE CLAIM TRO_____
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11   6/19/08                              C.K. [signature]
12      DATE                         SIGNATURE OF APPLICANT
13
...
28

- 4 -