FILED

08 JUN 20 AM 9:22

[illegible] U.S. DISTRICT COURT
[illegible] DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN JENSEN ESQ. **CV 08 3030 WDB**

Plaintiff(s),

v.

JUDITH R. JENSEN, BERNARD L. JENSEN, KENT M. JENSEN, ERIC R. JENSEN

Defendant(s). BRYAN FREELAND, CARA FREELAND,

GARRETT WILTON, DOES 1-100.

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/20/08

Signature _____ ESQ.

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")