IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN K. JENSEN<br><br>        Plaintiff,<br>v.<br><br>BERNARD C. JENSEN<br><br>        Defendant.<br>_____/ | NO. CV 08-03030 WDB<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for September 24, 2008, at 4:00 p.m. is vacated.

Dated: June 20, 2008

Richard W. Wieking, Clerk
United States District Court

*Cynthia J. Lenahan*

Cynthia Lenahan
Deputy Clerk