CHRISTIAN K. JENSEN ESQ.
~~1979 ELINORA DRIVE~~   P.O. BOX 4001
~~PLEASANT HILL, CA 94523~~   BERKELEY, CA 94704

UNITED STATES COURT
NORTHERN DISTRICT

Christian K. Jensen Esq,  ) Case No.: ~~C~~ 08-3030 JSW
    Plaintiff,  )
vs.  ) ORDER AND ORDER TO SHOW CAUSE RE:
Bernard C. Jensen, Kurt M. Jensen, Eric ) PRELIMINARY INJUNCTION AND TEMPORARY
Jensen, Judith Jensen BRYAN FRIELAND ) RESTRAINING ORDER
    Defendant LANH FRIELAND )
GARRETT WILTON ) DATE: JUNE 2, 2008
DOES 1-100 ) TIME: 1:30PM
) LOCATION: MARTINEZ
) JUDGE: J. SAUNDERS

E-MAIL - JENSEN ATTORNEY @ YAHOO.COM

Dated this ~~May 22nd~~ JUNE 20 2008
                                    C.K.J.
1979 ELINORA DRIVE
PLEASANT HILL, CA 94523
CHRISTIAN K. JENSEN ESQ.

On reading the verified complaint, declaration, and memorandum of points and authorities of plaintiff on file in the above entitled action, it appears to the satisfaction of the court that this is a proper case for granting an order to show cause for a preliminary injunction and temporary restyraining order, and that, unless the temporary restraining order prayed for be granted, great or irreparable harm will result to the plaintiff before the matter can be heard on notice.

IT IS ORDERED that the above named defendants, and each of them, appear in Department _____ of this court, located at ~~725 Court Street, Martinez~~, on 450 GOLDEN GATE AVE SF 94102 _____, at _____, or as soon thereafter as the matter may be heard, then and thereto show cause, if any they have, why they and their agents, servants, employees, and representatives, and all persons acting in concert or participating with them, should not be enjoined and restrained during the pendency of this action from engaging in, committing, or performing, directly or indirectly, any and all of the following acts:

- WRONGFULLY INSTITUTING CRIMINAL PROCEEDINGS AGAINST P.
-threatening or harassing plaintiff, either in person, via telephone and any other means,
AND - DISPOSSESSING PLAINTIFF FROM HIS HOME
DESTROYING PLAINTIFF'S EVIDENCE OF DEFENDANTS' CRIMINAL BEHAVIOR
- DESTROYING P'S PERSONAL AND REAL PROPERTY

and

-coercing, encouraging, authorizing, acting on behalf of, or financing in concert with any other defendant the moving of Judith Jensen or removal of any of her or plaintiff's property from 1979 Elinora Drive or engage in any other conduct listed in this complaint

-the sharing of any and all private information concerning plaintiff defendants may have

-vandalizing garden, garden furniture, throwing beer cans, cigarette butts, or other garbage into or onto property

-with the exception of Judith Jensen, coming within 100 yards of the plaintiff for any reason with the exception of necessary court appearances and related legal purposes,

-from withholding any and all information regarding any removal or move of any object or person from 1979 Elinora Drive , and

-from entering or remaining for any length of time the leasehold property of Christian K. Jensen Esq., located at 1979 Elinora Drive, Pleasant Hill, California.

IT IS FURTHER ORDERED that:

Plaintiff shall serve this order to show cause on defendants in the following time and manner:

_____

Proof of service must be delivered to the court hearing the OSC on:

_____

The parties shall adhere to the following briefing schedule:

_____

The temporary restraining order shall expire on:

_____

IT IS FURTHER ORDERED that, pending the hearing and determination of the order to show cause, the above named defendants and each of them and their officers, agents, employees, representatives, and all persons acting in concert or participating with them, are restrained and enjoined from engaging in and performing, directly or indirectly, any and all of the following acts:

- WRONGFULLY INSTITUTING CRIMINAL PROCEEDINGS AGAINST P.

-threatening or harassing plaintiff, either in person, via telephone and any other means,

AND DISPOSSESSING P. FROM HIS HOME

and DESTROYING P'S EVIDENCE OF D'S CRIMINAL BEHAVIOR

- DESTROYING P'S PERSONAL AND REAL PROPERTY

-coercing, encouraging, authorizing, acting on behalf of, or financing in concert with any other defendant the moving of Judith Jensen or removal of any of her or plaintiff's property from 1979 Elinora Drive or engage in any other conduct listed in this complaint

-the sharing of any and all private information concerning plaintiff defendants may have

-vandalizing garden, garden furniture, throwing beer cans, cigarette butts, or other garbage into or onto property

-with the exception of Judith Jensen, coming within 100 yards of the plaintiff for any reason with the exception of necessary court appearances and related legal purposes,

-from withholding any and all information regarding any removal or move of any object or person from 1979 Elinora Drive , and

-from entering or remaining for any length of time the leasehold property of Christian K. Jensen Esq., located at 1979 Elinora Drive, Pleasant Hill, California

    It is further ordered that copies of the complaint declaration, memorandum of points and authorities, and this order to show cause and temporary restraining order be served on defendants Bernard C. Jensen, Kurt M. Jensen, Eric R. Jensen, Judith R. Jensen not later than _____.  BRYAN FRAGLAND, LEAH FRAGLAND
                                                GARRETT WILTON
                                                    DOES 1-100

Let the above order issue.

Dated: _____

Judge of U.S. Court