**FILED**
JUN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN K. JENSEN,

    Plaintiff,

v.

BERNARD C. JENSEN, et al.,

    Defendants.

No. C 08-03030 JSW

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND DISMISSING WITH LEAVE TO AMEND**

    On June 20, 2008, Plaintiff Christian K. Jensen filed a complaint and an application to proceed *in forma pauperis*. Courts must deny *in forma pauperis* applications under certain circumstances, including when the underlying complaint sought to be filed is frivolous or when it fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2).

    Federal courts are under a duty to raise and decide issues of subject matter jurisdiction *sua sponte* at any time it appears subject matter jurisdiction may be lacking. Fed. R. Civ. P. 12; *Augustine v. United States*, 704 F.2d 1074, 1077 (9th Cir. 1983). If the Court determines that subject matter jurisdiction is lacking, the Court must dismiss the case. *Id.*; Fed. R. Civ. P. 12(h)(3). California superior courts are courts of general, unlimited jurisdiction and can render enforceable judgments in practically any type of case. However, federal courts have limited jurisdiction. Federal courts can only adjudicate cases which the Constitution or Congress authorize them to adjudicate: those cases involving diversity of citizenship (where the parties are from diverse states), or a federal question, or those cases to which the United States

is a party. *See, e.g., Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994). Federal courts are presumptively without jurisdiction over civil cases and the burden of establishing the contrary rests upon the party asserting jurisdiction. *Id.* at 377.

Plaintiff is asserting state law claims, and thus must demonstrate that there is complete diversity, meaning that the parties are citizens of different states, and that the amount at issue exceeds $75,000. Plaintiff failed to allege the citizenship of himself or of the named defendants, and thus has not shown that the parties are citizens of different states. Moreover, it does not appear that Plaintiff is alleging that he incurred damages which exceed the jurisdictional amount of $75,000. Finally, although Plaintiff mentions "U.S.C. § 1982," and that the local police have not filed a report, Plaintiff does not appear to have named any police officer as a defendant or stated facts that would state a federal claim against such officer.

For these reasons, Plaintiff's application to proceed *in forma pauperis* is HEREBY DENIED WITHOUT PREJUDICE and the Complaint is DISMISSED WITH LEAVE TO AMEND. Because the Court finds that it lacks jurisdiction, it cannot rule on the merits of Plaintiff's application for a temporary restraining order. If Plaintiff wishes to pursue this action, he must file an amended complaint setting forth a cognizable legal claim and some factual basis to support a claim with federal jurisdiction by July 18, 2008. Plaintiff may file a renewed application to proceed *in forma pauperis* upon filing an amended complaint. Failure to file timely an amended complaint shall result in dismissal of this action without prejudice. The Court advises Plaintiff that a Handbook for Pro Se Litigants is available through the Court's website or in the Clerk's office.

**IT IS SO ORDERED.**

Dated: JUN 2 4 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JENSEN,

        Plaintiff,

v.

JENSEN et al,

        Defendant.

Case Number: CV08-03030 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christian K. Jensen
1979 Elinora Drive
Pleasant Hill, CA 94523

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk