United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN K. JENSEN,

    Plaintiff,

v.

BERNARD C. JENSEN, et al.,

    Defendants.

No. C 08-03030 JSW

**ORDER RE FILING FEE**

On June 24, 2008, the Court issued an order denying without prejudice Plaintiff's application to proceed *in forma pauperis* and dismissing Plaintiff's Complaint with leave to amend. On July 18, 2008, Plaintiff filed an amended complaint but did not pay the filing fee or file a renewed application to proceed *in forma pauperis*. Plaintiff must pay the filing of $350.00 or filed a renewed application to proceed *in forma pauperis* by no later than August 6, 2008. Failure to pay the filing fee or file a renewed application to proceed *in forma pauperis* by that date will result in dismissal of the above-entitled action without prejudice.

**IT IS SO ORDERED.**

Dated: July 25, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENSEN et al,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JENSEN et al,<br><br>　　　　Defendant.　　　　　　　／ | Case Number: CV08-03030 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christian K. Jensen
1979 Elinora Drive
Pleasant Hill, CA 94523

Dated: July 25, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2