IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN K. JENSEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BERNARD C. JENSEN, et al.,<br><br>　　　　Defendants.<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿／ | No. C 08-03030 JSW<br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE** |

On June 24, 2008, the Court issued an order denying without prejudice Plaintiff's application to proceed *in forma pauperis* and dismissing Plaintiff's Complaint with leave to amend. On July 18, 2008, Plaintiff filed an amended complaint but did not pay the filing fee or file a renewed application to proceed *in forma pauperis*. On July 25, 2008, the Court issued an Order requiring Plaintiff to pay the filing of $350.00 or filed a renewed application to proceed *in forma pauperis* by no later than August 6, 2008. The Court advised Plaintiff that failure to pay the filing fee or file a renewed application to proceed *in forma pauperis* by that date will result in dismissal of the above-entitled action without prejudice.

Plaintiff has not complied with the July 25, 2008 Order. Accordingly, this case is dismissed without prejudice, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: September 24, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENSEN et al,<br><br>    Plaintiff,<br><br>  v.<br><br>JENSEN et al,<br><br>    Defendant.<br>_____/ | Case Number: CV08-03030 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christian K. Jensen
1979 Elinora Drive
Pleasant Hill, CA 94523

Dated: September 24, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2